Form B6F - (Rev. 12/03)

2003 USBC, Central District of California

In re     **Shannon Tater**

Case No. _____

_____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. **xxxxxxx6313**<br><br>**Bloomingdale's**<br>**P O Box 4590**<br>**Carol Stream, IL 60197-4590** | | - | **2003**<br>**Credit card/Collection agency** | | | | **593.96** |
| Last four digits of Account No. **xxx4923**<br><br>**Bloomingdale's/FDS Bank**<br>**P.O. Box 4115**<br>**Concord, CA 94524** | | - | **2001**<br>**Credit card** | | | | **830.47** |
| Last four digits of Account No. **xx9967**<br><br>**Certified Applieance Company, Inc.**<br>**1829 West Commonwealth**<br>**Fullerton, CA 92833** | | - | **12/2003**<br>**Appliance/Maintenance bill** | | | | **71.65** |
| Last four digits of Account No. **x-xxxx0358**<br><br>**Cingular Wireless**<br>**PO Box 60017**<br>**Los Angeles, CA 90060-0017** | | - | **12/2002**<br>**Phone bill** | | | | **224.24** |
| | | | | | | Subtotal<br>(Total of this page) | **1,720.32** |

**3**   continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:22014-050105   Best Case Bankruptcy

Form B6F - Continued (Rev. 12/03)

2003 USBC, Central District of California

In re    **Shannon Tater**                                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Last four digits of Account No. **xxxx-xxxx-xxxx-5124** **Costco P.O. Box 60148 City Of Industry, CA 91716-0148** | - | | **2003 Credit card/Collection agency** | | | | 1,435.42 |
| Last four digits of Account No. **xxxxxxxxxxxx1603** **Cox Communications 29947 Avenida de las Banderas Rancho Santa Margarita, CA 92688** | - | | **2001 Utility bill** | | | | 311.84 |
| Last four digits of Account No. **xxxxx9158** **Express P.O. Box 659728 San Antonio, TX 78265-9728** | - | | **2003 Credit card** | | | | 548.33 |
| Last four digits of Account No. **xxxx-xxxx-xxxx-3266** **Goodyear P.O. Box 9025 Des Moines, IA 50368-9025** | - | | **12/01/2003 Credit debt** | | | | 200.00 |
| Last four digits of Account No. **xxxxx-xx9-460** **Macy's P.O. Box 4562 Carol Stream, IL 60197-4562** | - | | **2003 Credit card/Collection agency** | | | | 1,000.00 |

Sheet no. __1__ of _3_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          3,495.59

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Continued (Rev. 12/03)

2003 USBC, Central District of California

In re     **Shannon Tater**
_____,
Debtor

Case No._____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Last four digits of Account No. xxxxxxx2934 <br><br> Neiman Marcus <br> P.O. Box 620016 <br> Dallas, TX 75262-0016 | | - | | 09/28/2003 <br> Credit card | | | | 304.95 |
| Last four digits of Account No. xxxx-xxxx-xxxx-4475 <br><br> Nordstrom Bank <br> P.O. Box 79137 <br> Phoenix, AZ 85062-9137 | | - | | 2003 <br> Credit card | | | | 6,180.36 |
| Last four digits of Account No. xxxxxx-xxxx-7808 <br><br> SBC Payment Center <br> Sacramento, CA 95887-0001 | | - | | 2001 <br> Utility bill | | | | 171.85 |
| Last four digits of Account No. x7387 <br><br> Talbert Medical <br> P.O. Box 51435 <br> Los Angeles, CA 90051-5735 | | - | | 2001 <br> Medical bill | | | | 385.92 |
| Last four digits of Account No. xxxx-xxxx-xxxx-3687 <br><br> Target <br> c/o Retailers National Bank <br> P.O. Box 59317 <br> Minneapolis, MN 55459-0317 | | - | | 2003 <br> Credit card/Collection agency | | | | 4,294.71 |

Sheet no. __2__ of _3___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          11,337.79

Form B6F - Continued (Rev. 12/03)

2003 USBC, Central District of California

In re     **Shannon Tater**                                                    Case No. _____
                                          ,
                                 Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No.  xxxxxxx3280<br><br>The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | | - | 2001<br>Utility bill | | | | 451.82 |
| Last four digits of Account No.  xxxxxxxxxxxx5942<br><br>Time Warner<br>16368 Beach Boulevard<br>Westminster, CA 92683-7857 | | - | 2001<br>Utility bill | | | | 35.80 |
| Last four digits of Account No.  xx-xxxx-xxxxxxxx19-06<br><br>Verizon California<br>P.O. Box 30001<br>Inglewood, CA 90313-0001 | | - | 06/2002<br>Phone bill | | | | 537.95 |
| Last four digits of Account No.  xxx-xx1-189<br><br>Victoria's Secret<br>P.O. Box 659728<br>San Antonio, TX 78263-9728 | | - | 2003<br>Credit card | | | | 539.08 |
| Last four digits of Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 1,564.65 |
| Total<br>(Report on Summary of Schedules) | 18,118.35 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy